United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 20, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41628
Conference Calendar
_____

ANTHONY LEON SUMMERS,

                                    Plaintiff-Appellant,

versus

CHUCK BISCOE, Warden; BURNS, Warden; MIDER, Captain;
STRUNK, Doctor; MAGRAM, Major,

                                    Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-03-CV-493
--------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

     Anthony Leon Summers, Texas prisoner # 1130913, appeals the

district court's dismissal of his 42 U.S.C. § 1983 complaint for

want of prosecution due to his failure to timely comply with the

court's initial partial filing fee order.  For the first time on

appeal, Summers alleges that he attempted to comply with the

district court's order but was unable to do so because prison

officials did not timely respond to his request for assistance.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

This court will not consider factual allegations raised for the first time on appeal.  See Varnado v. Lynaugh, 920 F.2d 320, 321 (5th Cir. 1991).  Accordingly, the judgment is AFFIRMED. All outstanding motions are DENIED.